The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES SMILEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROGRESS SOFTWARE CORPORATION, PENSION BENEFIT INFORMATION, LLC d/b/a PBI RESEARCH SERVICES, MILLIMAN, INC. d/b/a MILLIMAN INTELLISCRIPT; MILLIMAN SOLUTIONS LLC; THE INDEPENDENT ORDER OF FORESTERS d/b/a FORESTERS FINANCIAL; and FORESTERS FINANCIAL HOLDING COMPANY, INC.,<br><br>Defendants. | Case No.: 2:23-cv-1354-JCC<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO EXTEND THE INDEPENDENT ORDER OF FORESTERS' DEADLINE TO RESPOND TO COMPLAINT<br><br>NOTE ON MOTION CALENDAR: SEPTEMBER 26, 2023 |

THIS MATTER came before the Court on Plaintiff James Smiley ("Plaintiff") and Defendant The Independent Order of Foresters d/b/a Foresters Financial's ("Foresters") Joint Motion to Extend Foresters' and Foresters Financial Holding Company, Inc.'s ("FFHC's") Deadline to Respond to Complaint (the "Joint Motion"). The Court having considered the papers submitted finds that the Motion should be granted.

Now, therefore, it is hereby ORDERED that Plaintiff and Foresters' Joint Motion is GRANTED and Defendants Foresters' and FFHC's response to the Complaint in this action is extended until forty-five days (45) following entry of the Judicial Panel on Multidistrict

[~~PROPOSED~~] ORDER GRANTING MOTION TO EXTEND THE INDEPENDENT ORDER OF FORESTERS' DEADLINE TO RESPOND TO COMPLAINT - 1
[Case #2:23-cv-1354-JCC]

Baker & Hostetler LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Telephone: (206) 332-1102

Litigation's final determination in IN RE MOVEit Customer Data Security Breach Litigation, MDL No. 3083.

The parties shall advise the court within five (5) days of any such ruling.

IT IS SO ORDERED.

DATED this 27th day of September 2023.

*[signature]*

The Honorable John C. Coughenour
United States District Court Judge

Presented by:

**BAKER & HOSTETLER LLP**

*/s/James R. Morrison*
James R. Morrison, WSBA No. 43043
Alexander Vitruk, WSBA No. 57337
999 Third Avenue, Suite 3900
Seattle, WA 98104
Tel: (206) 332-1380
Fax: (206) 624-7317
jmorrison@bakerlaw.com

Attorneys for Defendants The Independent
Order of Foresters d/b/a Foresters Financial

---

[PROPOSED] ORDER GRANTING MOTION TO EXTEND THE INDEPENDENT ORDER OF FORESTERS' DEADLINE TO RESPOND TO COMPLAINT - 2
[Case #2:23-cv-1354-JCC]

Baker & Hostetler LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4040
Telephone:  (206) 332-1102

CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Steve W. Berman
Sean R Matt
Hagens Berman Sobol Shapiro LLP (WA)
1301 2nd Avenue, Suite 2000
Seattle, WA 98101
Phone: 206-623-7292
Fax:    206-623-0594
Email: steve@hbsslaw.com
          sean@hbsslaw.com

*Attorneys for Plaintiff*

Lara Garner
Gordon Rees Scully Mansukhani LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: 619-230-7733
Email: lsgarner@grsm.com

Craig J Mariam
Michael J. Dailey
Gordon Rees Scully Mansukhani LLP
633 W. Fifth Street, 52nd Floor
Los Angeles, CA 90071
Phone: 213-576-5000
Fax:    877-306-0043
Email: cmariam@grsm.com
          mdailey@grsm.com

*Attorneys for Defendants Milliman, Inc. and Milliman Solutions LLC*

Nicholas C Larson
Murphy, Pearson, Bradley & Feeney
1455 NW Leary Way, Suite 400
Seattle, WA 98107
Phone: 206-489-5113
Email: nlarson@mpbf.com

*Attorney for Pension Benefit Information LLC*

DATED: September 26, 2023

                        *s/DeAnne Adams*
                        DeAnne Adams, Legal Assistant

---

[~~PROPOSED~~] ORDER GRANTING MOTION TO EXTEND THE INDEPENDENT ORDER OF FORESTERS' DEADLINE TO RESPOND TO COMPLAINT - 3
[Case #2:23-cv-1354-JCC]

Baker & Hostetler LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Telephone: (206) 332-1102